

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 08 2017 ★

LONG ISLAND OFFICE

## MEMORANDUM TO
## THE HONORABLE JOANNA SEYBERT
## UNITED STATES DISTRICT JUDGE

Re: ROMAN, George
Docket No.: 14-CR-171
**Supervised Release Status Update**

Reference is made to the above-captioned individual who is scheduled for sentencing by Your Honor on October 27, 2017, at 10:00am under docket 14-CR-022. As the Court is aware, Roman was indicted and has pled guilty that he conspired to distribute and possess with intent to distribute cocaine. Details of this arrest, his plea and the current status relating to this charge have been submitted to Your Honor in previous memorandum.

The purpose of this memorandum is to advise the Court that since our last appearance before Your Honor on October 25, 2016, for the violation of supervised release, that Roman's current supervised release term has reached it's expiration date. Although, the supervised release term has concluded, Your Honor still holds jurisdiction over the violation of supervised release which remains pending.

As previously reported to the Court, Roman had an open local criminal case from October 5, 2016 for assault, criminal possession of a weapon and reckless endangerment which was part of the pending violation of supervised release. During our last appearance, Your Honor adjourned the proceedings until further notice to allow the new federal and local criminal cases to reach disposition.

In the interim, on March 1, 2017, under docket number 2016QN044443-16QN, Roman re-appeared in local court to answer to the assault, criminal possession of a weapon: a bat, and the reckless endangerment charges and on that day, all the charges were adjourned in contemplation of a dismissal, pursuant to New York State Criminal Procedure Law 170.30.

With respect to Roman's new federal offense, the basis for our initial violation of supervised release charges, Roman's offense carries a penalty of a minimum of 10 years in custody. Notably, recommendations for sentencing on the new charge and the pending violation charges are forthcoming in the PSR.

In conclusion, the undersigned U.S. Probation Officer will continue to monitor Roman's violation of supervised release appearances, however Roman continues to be supervised by

ROMAN, George
Docket No.: 14-CR-171
**Supervised Release Status Update**

Pretrial Services until conclusion of the cases. As evidenced by the Pretrial filings, Roman previously tested positive for drug use which was reported to the Court.

Respectfully Submitted:

Eileen Kelly
Chief U.S. Probation Officer

Prepared by: *Marline Aurelus*
Marline Aurelus, U.S. Probation Officer

Approved by: _____
James Bloomfield, Supervising U.S. Probation Officer
September 7, 2017

---

**THE COURT ORDERS:**
☒ Received
☐ Other

(S/ Joanna Seybert
Signature of Judicial Officer

9/8/2017
Date